RYSZARD KASS v. BROWN BOVERI CORPORATION.

June 25, 1985.

Petition for certification denied.

DIVISION OF MEDICAL ASSISTANCE AND HEALTH
SERVICES, STATE DEPARTMENT OF HUMAN
SERVICES v. LUCILLE M. KOVACS.

June 25, 1985.

Petition for certification denied.

THE WILLOWS v. HOBOKEN RENT LEVELING AND
STABILIZATION BOARD.

June 25, 1985.

Petition for certification denied.

DEBORAH LITTLE WOLF v. NEW JERSEY MANUFACTURERS
INSURANCE COMPANY.

June 25, 1985.

Petition for certification denied.